AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Mahoney, Margaret A. | 2. Court or Organization  Southern District of AL Mobile | 3. Date of Report  05/12/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2013  to  12/31/2013 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court
201 St. Louis St.
Mobile, Al 36602

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Associate Editor - Collier on Bankruptcy | Collier |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/12/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Collier on Bankruptcy | $2,400.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Pension from Colgate-Palmolive Company-AXA Equitable |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | 01/16-18/2013 | San Francisco CA | Speaker at Seminar | Transportation, Meals, Lodging |
| 2. | American Bankruptcy Institute | 02/15-19/2013 | Kansas City MO | Speaker at Educational Seminar | Transportation, Meals, Lodging |
| 3. | American Bankruptcy Institute | 03/07-09/2013 | Tampa FL | Speaker at Seminar | Transportation, Meals, Lodging |
| 4. | American Bankruptcy Institute | 03/13-18/2013 | Malibu CA | Speaker at Seminar | Transportation, Meals, Lodging |
| 5. | Alameda Bar Association CA | 04/06-10/2013 | Oakland CA | Speaker at Seminar | Transportation, Meals, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/12/2014 |

| | | | | |
|---|---|---|---|---|
| 6. | American Law Institute | 06/05-08/2013 | Washington DC | Speaker at Seminar | Transportation, Meals, Lodging |
| 7. | Alabama State Bar | 06/21-22/2013 | Destin, FL | Speaker at Seminar | Transportation, Meals, Lodging |
| 8. | American Bankruptcy Institute | 07/18-21/2013 | Amelia Island FL | Speaker at Conference | Transportation, Meals, Lodging |
| 9. | National Association of Chapter 13 Trustees | 07/31-08/06/2013 | New York NY | Speaker at Seminar | Transportation, Meals, Lodging |
| 10. | American Conference Institute | 09/19-20/2013 | Tallahassee FL | Speaker at Seminar | Transportation, Meals, Lodging |
| 11. | American Conference Institutue | 09/30-10/02/2013 | San Francisco CA | Speaker at Seminar | Transporation, Meals, Lodging |
| 12. | Cumberland School of Law | 10/04/2013 | Birmingham, AL | Speaker at Educational Seminar | Transportation, Meals |
| 13. | American Bankuptcy Institute | 10/29/-11/02/2013 | Atlanta GA | Speaker at Seminar | Transportation, Meals, Lodging |
| 14. | Nat'l Conference of Bankruptcy Judges | 10/29-11/02/2013 | Atlanta GA | Attend Conference | Transportation, Meals, Lodging |
| 15. | American Bankruptcy Institute | 11/10-12/2013 | Austin TX | Speaker at Seminar | Transportation, Meals, Lodging |
| 16. | University of Alabama School of Law | 11/15/2013 | Birmingham, AL | Speaker at Educational Seminar | Transporation, Meals |
| 17. | Mississippi Bankruptcy Conference | 12/12-13/2013 | Jackson MS | Speaker at Educational Seminar | Transporation, Meals |
| 18. | | | | | |
| 19. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Dept. of Education | Student loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank | A | Interest | J | T | | | | | |
| 2. Principal Mutual Life - cash value | B | Dividend | J | T | | | | | |
| 3. Northwestern Mutual Life - cash value | B | Dividend | K | T | | | | | |
| 4. Centennial Money Market n/k/a RW Baird Money Market Fund | A | Interest | J | T | | | | | |
| 5. Great Hall Investment Funds n/k/a Prime Money Market Fund | A | Interest | J | T | | | | | |
| 6. African Queen Mines | | None | J | T | | | | | |
| 7. Amazon Corp. | | None | | | Buy | 11/15/13 | J | | |
| 8. | | | | | Sold | 11/15/13 | J | A | |
| 9. Aurizon Mines | | None | | | Sold | 01/16/13 | J | A | |
| 10. Bayfield Ventures | | None | J | T | Buy | 08/06/13 | J | | |
| 11. | | | | | Sold (part) | 09/10/13 | J | A | |
| 12. | | | | | Sold (part) | 09/12/13 | J | A | |
| 13. Bravada Gold n/k/a Homestead Gold | | None | J | T | | | | | |
| 14. CBM Asia Development | | None | J | T | | | | | |
| 15. Denison Mines Corp | | None | J | T | Buy | 03/13/13 | J | | |
| 16. | | | | | Sold (part) | 03/14/13 | J | A | |
| 17. Deutsche BK Ag London Exch. Powershares Gold Double Long | | None | | | Buy | 06/21/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 09/20/13 | J | A | |
| 19. Direxion Gold Miners Bull | | None | | | Buy | 03/18/13 | J | | |
| 20. | | | | | Sold | 03/18/13 | J | A | |
| 21. Duma Energy | | None | | | Sold | 06/20/13 | J | A | |
| 22. Eagle Plains Resources | | None | J | T | | | | | |
| 23. East Maine Resources | | None | J | T | | | | | |
| 24. El Dorado Gold Corp. | | None | J | T | | | | | |
| 25. Entree Gold | | None | J | T | | | | | |
| 26. Endeavour Mining | | None | J | T | | | | | |
| 27. Endeavour Silver | | None | J | T | | | | | |
| 28. Everton Resources | | None | J | T | | | | | |
| 29. Evolving Gold | | None | J | T | | | | | |
| 30. Fire River Gold | | None | J | T | | | | | |
| 31. Fortuna Silver | | None | J | T | | | | | |
| 32. Full Metal Minerals | | None | J | T | | | | | |
| 33. Full Metal Zinc | | None | J | T | | | | | |
| 34. Garibaldi Resources | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Gold Bullion Development | | None | J | T | | | | | |
| 36. U..S. Gold Corp. | | None | J | T | | | | | |
| 37. Golden Queen | | None | J | T | | | | | |
| 38. Great Panther Silver | | None | J | T | | | | | |
| 39. Homestake Resource | | None | J | T | | | | | |
| 40. I. M. Gold | | None | J | T | Buy | 05/09/13 | J | | |
| 41. | | | | | Buy (add'l) | 08/14/13 | J | | |
| 42. Impact Silver | | None | J | T | | | | | |
| 43. L13 Energy n/k/a Li3 Energy | | None | J | T | | | | | |
| 44. Lincoln Mining | | None | J | T | | | | | |
| 45. Market Vectors Gold Miners | | None | | | Buy | 04/26/13 | J | | |
| 46. | | | | | Sold | 04/26/13 | J | A | |
| 47. | | | | | Buy | 08/30/13 | J | | |
| 48. | | | | | Sold | 08/30/13 | J | A | |
| 49. McEwen Mining | | None | K | T | Sold (part) | 09/10/13 | J | A | |
| 50. McEwen Mining Minera | | None | J | T | Spinoff (from line 49) | 01/30/13 | J | | |
| 51. Moneta Porcupine Mines | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Netco Silver | | None | J | T | | | | | |
| 53. Netflix Inc | | None | | | Buy | 10/28/13 | J | | |
| 54. | | | | | Sold | 10/28/13 | J | A | |
| 55. | | | | | Buy | 11/06/13 | J | | |
| 56. | | | | | Sold | 11/06/13 | J | A | |
| 57. Nevada Exploration | | None | J | T | | | | | |
| 58. New Gold | | None | J | T | | | | | |
| 59. Olivut Resources | | None | J | T | | | | | |
| 60. Otis Gold | | None | J | T | | | | | |
| 61. Panterra Gold | | None | J | T | | | | | |
| 62. Passport Potash | | None | J | T | | | | | |
| 63. Powershares DB Gold Double Long | | None | J | T | | | | | |
| 64. Premier Gold | | None | J | T | | | | | |
| 65. Proshares Ultra Silver | | None | J | T | Sold (part) | 07/03/13 | J | A | |
| 66. | | None | J | T | Sold (part) | 08/27/13 | J | A | |
| 67. Radius Gold | | None | J | T | | | | | |
| 68. Rackla Metals Inc | | None | J | T | Sold (part) | 06/28/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Ryan Gold | | None | J | T | | | | | |
| 70. Silver Dragon | | None | J | T | | | | | |
| 71. Silver Wheaton | | None | J | T | Buy | 02/28/13 | J | | |
| 72. | | | | | Sold (part) | 02/28/13 | J | A | |
| 73. Strategic American Oil Corp.n/k/a Duma Energy | | None | | | Sold | 01/05/13 | J | A | |
| 74. Tanzanian Royalty Exploration | | None | J | T | | | | | |
| 75. Tesla Motors Inc. | | None | | | Buy | 12/06/13 | J | | |
| 76. | | | | | Sold | 12/06/13 | J | A | |
| 77. | | | | | Buy | 12/10/13 | J | | |
| 78. | | | | | Sold | 12/10/13 | J | A | |
| 79. Transtlantic Petroleum | | None | J | T | | | | | |
| 80. VMS Ventures | | None | | | Sold | 09/24/13 | J | A | |
| 81. Yelp Inc. | | None | | | Buy | 11/13/13 | J | | |
| 82. | | | | | Sold | 11/13/13 | J | A | |
| 83. | | | | | Buy | 11/25/13 | J | | |
| 84. | | | | | Sold | 11/25/13 | J | A | |
| 85. Calls Auy Yamana Gold | | None | | | Buy | 01/09/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 01/22/13 | J | A | |
| 87. Calls Eldorado Gold Corp | | None | | | Buy | 01/09/13 | J | | |
| 88. | | | | | Sold | 01/22/13 | J | A | |
| 89. Calls ProShares Ultrashort QQQ | | None | | | Buy | 01/09/13 | J | | |
| 90. | | | | | Sold | 11/19/13 | J | A | |
| 91. Calls Endeavour Silver Corp | | None | | | Buy | 01/20/13 | J | | |
| 92. | | | | | Sold | 05/20/13 | J | A | |
| 93. Calls Kinross Gold Corp. | | None | | | Buy | 01/22/13 | J | | |
| 94. | | | | | Sold | 05/20/13 | J | A | |
| 95. Calls New Gold Inc. | | None | | | Buy | 01/30/13 | J | | |
| 96. | | | | | Sold | 05/20/13 | J | A | |
| 97. Calls Silver Wheaton Corp. | | None | | | Buy | 02/01/13 | J | | |
| 98. | | | | | Sold | 06/24/13 | J | A | |
| 99. Puts Standard & Poors Depository | | None | | | Buy | 01/07/13 | J | | |
| 100. | | | | | Sold | 01/10/13 | J | A | |
| 101. Puts Standard & Poors Depository | | None | | | Buy | 01/14/13 | J | | |
| 102. | | | | | Sold | 02/19/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Puts Standard & Poors Depository | | None | | | Buy | 01/09/13 | J | | |
| 104. | | | | | Sold | 10/09/13 | J | A | |
| 105.  Ishares Silver | | None | | | Buy | 01/09/13 | J | | |
| 106. | | | | | Sold | 01/19/13 | J | A | |
| 107.  Puts S&P EFT SRDR | | None | | | Buy | 01/07/13 | J | | |
| 108. | | | | | Sold | 01/10/13 | J | A | |
| 109.  Trades of Austrailan Currency | | None | J | T | Buy | | J | | |
| 110. | | | | | Sold | | J | A | |
| 111.  Trades of Canadian Currency | | None | J | T | Buy | | J | | |
| 112. | | | | | Sold | | J | A | |
| 113.  Trades of Euros | | None | J | T | Buy | | J | | |
| 114. | | | | | Sold | | J | A | |
| 115.  Trades of British Pound | | None | J | T | Buy | | J | | |
| 116. | | | | | Sold | | J | A | |
| 117.  Trades of Japanese Yen | | None | J | T | Buy | | J | | |
| 118. | | | | | Sold | | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I have listed that I had investments in currency trades made througout the year. The trades do not lend themselves to being listed in the format requred. All currencies were bought and sold during 2013. If required, the backup sheets from the brokerage firms are available.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Margaret A. Mahoney**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544